1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARNELL HORNE,                    )
                                   )
                  Plaintiff,       )       CASE NO.  C06-607-MJP-MJB
                                   )
            v.                     )
                                   )
CITY OF SEATTLE,                   )       ORDER TO SHOW CAUSE
                                   )
                  Defendant.       )
_____)

        Now before the Court is Plaintiff's motion for order compelling disclosure or

discovery.  The Court, having reviewed Plaintiff's motion and the record as a whole,

hereby finds and ORDER as follows:

        (1)     On July 19, 2006, in an Order denying Plaintiff's motion for Default, this

Court advised Plaintiff that she had not effected proper service of the summons and

complaint[1] on Defendant as required under Fed. R. Civ. P. 4(j)(2).  (*See* Dkt. #18 at 2.)

To date, Plaintiff has not made proof of service showing that proper service under this

rule has been satisfied.[2]  *See* Fed. R. Civ. P. 4(l).

_____

        [1]The Court notes that Plaintiff has filed an amended complaint (Dkt. #10) in this action on
June 1, 2006.

        [2]Plaintiff's previously filed affidavit of mailing summons and complaint to Tom Carr - City
Attorney (Dkt. #14) does not satisfy the service requirements of Fed. R. Civ. P. 4(j)(2).

ORDER TO SHOW CAUSE
Page - 1

(2)      Accordingly, Plaintiff's motion to compel disclosure or discovery (Dkt. #21) is DENIED.

(3)      Plaintiff shall have **fifteen (15) days** from the date of this Order to properly serve Defendant with the amended complaint and with appropriate summons as required under Fed. R. Civ. P. 4(j)(2), and make proof of service to the Court, or show cause why this action should not be dismissed without prejudice for failure to timely effect service.

DATED this 24th day of November, 2006.

MONICA J. BENTON
United States Magistrate Judge

ORDER TO SHOW CAUSE
Page - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE
Page - 3