1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

SHARNELL HORNE,                    )
                                   )
                Plaintiff,         )          CASE NO.    C06-607-MJP-MJB
                                   )
        v.                         )
                                   )          REPORT AND
CITY OF SEATTLE,                   )          RECOMMENDATION
                                   )
                Defendant.         )
_____ )

9
10
11
12

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42

U.S.C. § 1981.  On June 1, 2006, Plaintiff filed an amended complaint in this court,

alleging discrimination and fraud by Defendant.  On November 24, 2006, this Court

issued an Order directing Plaintiff to properly serve Defendant with the amended

complaint and appropriate summons as required under Fed. R. Civ. P. 4(j)(2) and make

proof of service to the Court, or to show cause why this action should not be dismissed

without prejudice for failure to timely effect service.[1]  (Dkt. #23).  To date, Plaintiff has

neither made proof of proper service nor responded to the Court's order to show cause,

and she has not requested an extension of time in which to do so.

---

[1] Plaintiff had previously been advised by the Court that she had not effected proper service of the summons and complaint on Defendant in an order denying Plaintiff's motion for default, issued on July 19, 2006.  (Dkt. #18 at 2).

REPORT AND RECOMMENDATION
Page - 1

1          Accordingly, the undersigned recommends dismissal of this case pursuant to Fed.

2     R. Civ. P. 41(b) for failure to effect proper service and failure to comply with the

3     Court's

4     November 2006 show cause order.  A proposed Order accompanies this Report and

5     Recommendation.

6          DATED this 29th day of January, 2007.

7

8

9     MONICA J. BENTON
       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORT AND RECOMMENDATION
26    Page - 2