UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARNELL HORNE,

        Plaintiff,

    v.

CITY OF SEATTLE,

        Defendant.

CASE NO. C06-607 MJP

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b);

(3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for the defendant and the Hon. Monica J. Benton.

DATED this _21st day of  February         , 2007.

Marsha J. Pechman
U.S. District Judge

ORDER
PAGE - 1